JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOAN ELIZABETH, | CV 08-6028 PA (JWJx) |
| Plaintiff, | JUDGMENT |
| v. | |
| FEDERAL DEPOSIT INSURANCE CORPORATION, | |
| Defendant. | |

Pursuant to the Court's Findings of Fact and Conclusions of Law issued on March 28, 2010,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendant Federal Deposit Insurance Corporation ("Defendant") shall have judgment in its favor against plaintiff Joan Elizabeth ("Plaintiff").

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff takes nothing and that Defendant shall have its costs of suit.

IT IS SO ORDERED.

DATED: March 28, 2010

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE